622

467 A.2d 65

Commonwealth v. Milliner, Jr., Appellant.

Submitted May 2, 1983. John Packel, Chief, Appeals, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, President Judge, McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.

467 A.2d 65

Commonwealth v. Smith, Appellant.

Submitted May 4, 1983. Ann Kane Seidman, for appellant; Helen T. Kane, Assistant District Attorney, for Commonwealth, appellee.

Before McEWEN, CIRILLO and HOFFMAN, JJ.

Judgment of sentence affirmed.